**Order entered January 8, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01620-CV

### IN RE JESSE GUNN, Relator

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-54301-2013**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. Because the reporter's record supporting the petition for writ of mandamus includes unredacted information that identifies the realtor's minor child, we **STRIKE** the reporter's record, although we have considered the reporter's record in determining the petition for writ of mandamus. TEX. R. APP. P. 9.9(b). We **DENY** relator's motion for temporary relief. We **ORDER** relator to bear the costs of this original proceeding.

/s/    CRAIG STODDART
       JUSTICE